UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

XIAO BAO HE,

                *Petitioner-Plaintiff,*

- against -

JOSEPH FREDEN, in his official capacities, as Deputy Field Office Director, Buffalo Field Office and Administrator, Buffalo Federal Detention Facility, U.S. Customs & Immigration Enforcement, *et al*.

                *Respondents-Defendants.*

Case No. 25-CV-06089-EAW

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner-Plaintiff Xiao Bao He voluntarily dismisses this action without prejudice.

        Respectfully submitted,

        By: */s/ Kyle Barron*

        THE LEGAL AID SOCIETY
        IMMIGRATION LAW UNIT
        Kyle Barron
        49 Thomas Street
        New York, NY 10013
        646-574-2761
        kebarron@legal-aid.org

        *Counsel for the Petitioner-Plaintiff*

Dated: June 10, 2025

SO ORDERED
_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
Dated: June 10, 2025